**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CIVIL ACTION NO.:_____

DION SADASEY,
*Individually and on behalf of all those similarly situated*

    Plaintiff,

v.

FEDCHEX RECOVERY, LLC D/B/A/
FCR COLLECTION SERVICES D/B/A
FCR SERVICES

    Defendant.

## NOTICE OF REMOVAL (FEDERAL QUESTION)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant Fed Chex Recovery, LLC. ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *Dion Sadasey Individually and on behalf of all those similarly situated v. Fedchex Recovery, LLC D/B/A/ FCR Collection Services D/B/A FCR Services* from the Seventeenth Judicial Circuit in and for Broward County, Florida under Case No.: CACE 23-02218805 ("State Court Action") to the United States District Court for the Southern District of Florida. In support of removal, Defendant, by and through its attorneys, states as follows:

    1.    On December 12, 2023, Plaintiff Dion Sadasey ("Plaintiff") filed this action in the Eleventh Judicial Circuit in and for the Seventeenth Judicial Circuit in and for Broward County Florida.  A copy of the state court record is attached as Exhibit 1.

2. Plaintiff served Defendant on December 18, 2023. This removal is timely pursuant to 28 U.S.C. § 1446(b).

3. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. This Court has supplemental jurisdiction over Plaintiff's Florida Consumer Collection Practices Act claim pursuant to 28 U.S.C. § 1367. This Court is the proper district for removal because the Seventeenth Judicial Circuit in and for Broward County, Florida is located within the jurisdiction of the United States District Court for the Southern District of Florida.

4. The undersigned is not aware of any other documents that have been filed in this matter.

5. Notice of this removal will be filed with the Seventeenth Judicial Circuit in and for Broward County.

6. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant requests that further proceedings in the Seventeenth Judicial Circuit in and for Broward County, Florida, be discontinued and that this action be removed in its entirety to the United States District Court for the Southern District of Florida, which will then assume full jurisdiction over this cause of action.

/s/ Ronald S. Canter
Ronald S. Canter, Esq.
Bar # 335045
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com

*Local address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432
*Attorney for Defendant Financial Recovery Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby states that on January 8, 2024, he served the following with a copy of the Notice of Removal in Federal Court with Exhibit, Civil Cover Sheet and this Certificate of Service via E-Mail and First Class Mail, postage prepaid to:

Jibrael S. Hindi, Esq
Jennifer G. Simil, Esq.
Zane C. Hedaya, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
*Attorneys for Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esq.
*Attorney for Defendant.*

3