UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60035-CIV-SINGHAL

DION SADESY,

    Plaintiff,

vs.

FEDCHEX RECOVERY, LLC D/B/A
FCR COLLECTION SERVICES D/B/A
FCR SERVICES,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement (DE [12]) filed on January 26, 2024. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **February 29, 2024**. In the event the parties fail to complete the expected settlement, either party may request the Court to reopen the case. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of January 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF